## UNITED STATES of America, Plaintiff–Appellee

v.

**Luis Humberto ARREDONDO–SILVA, also known as Luis Humberto Arredondo, also known as Luis Humberto Arredondo Silva, also known as Luis Arredondo–Silva, also known as Luis Humberto Arredonodo Silva, Defendant–Appellant.**

No. 09–20643
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 19, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before KING, GARZA, and STEWART, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Luis Humberto Arredondo–Silva has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Arredondo–Silva has filed a response. Our independent review of the record, counsel's brief, and Arredondo–Silva's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.